**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-6871**

───────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

DWAYNE BURMELL ARTIS,

             Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (5:06-cr-00004-H-1)

───────────

Submitted:  September 10, 2009    Decided:  September 15, 2009

───────────

Before KING, DUNCAN, and AGEE, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Dwayne Burmell Artis, Appellant Pro Se.  Anne Margaret Hayes,
Rudolf A. Renfer, Jr., Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Burmell Artis appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error and we thus affirm for the reasons stated by the district court. United States v. Artis, No. 5:06-cr-00004-H-1 (E.D.N.C. May 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED